# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

RECEIVED Mail Room JUL 29 2014 United States Court of Appeals District of Columbia Circuit

FILED JUL 29 2014 CLERK

Gregory Slate

USCA No. 14-7064

v.

Public Defender Service for DC, et al.

USDC No. 13-cv-00798

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Gregory Slate, declare that I am the
☒ appellant/petitioner  ☐ appellee/respondent  in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. Attach an additional sheet if necessary.*)

Plaintiff seeks review of Judge Howell's order dismissing this case and determination that defendant's act of slapping plaintiff in the crotch at work was merely a "schoolyard trick" or "tease" that does not amount to an adverse employment action.

Signature [signature]

Name of *Pro Se* Litigant   Gregory Slate

Address   Post Office Box 21020, Washington, DC 20009

Submit original with a certificate of service to:

Clerk of Court
United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse, Room 5523
333 Constitution Avenue, N.W.
Washington, DC 20001

-1-

USCA Form 31
November 2010 (REVISED)

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | 0 | 0 | 0 | 0 |
| Self-employment | 0 | 0 | 0 | 0 |
| | You | Spouse | You | Spouse |
| Income from real property (such as rental income) | $700 | 0 | $700 | 0 |
| Interest and dividends | 0 | 0 | 0 | 0 |
| Gifts | 0 | 0 | 0 | 0 |
| Alimony | 0 | 0 | 0 | 0 |
| Child support | 0 | 0 | 0 | 0 |
| Retirement (such as social security, pensions, annuities, insurance | 0 | 0 | 0 | 0 |
| Disability (such as social security, insurance payments) | 0 | 0 | 0 | 0 |
| Unemployment payments | 0 | 0 | 0 | 0 |
| Public-assistance (such as welfare) | 0 | 0 | 0 | 0 |
| Other (specify): _____ | 0 | 0 | 0 | 0 |
| Total monthly income: | $700 | 0 | 0 | 0 |

USCA Form 31
November 2010 (REVISED)

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |

4. How much cash do you and your spouse have?  $20.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Justice Federal Credit U. | Checking | $3.09 | |
| Chares Schwab Bank | Checking | $218.59 | |
| | | | |

**If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 _____ (Value) |
|---|---|---|
| $25,000.00 | $5,000 | Make & Year: |
| | $5,000 | Model: |
| | $5,000 | Registration #: |
| Motor Vehicle #2 | | Other Assets (Value)    Other Assets (Value) |
| Make & Year: | | |
| Model: | | |
| Registration #: | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

7. State every person, business, or organization to whom you or your spouse owes money, the nature of the indebtedness, and the amount owed.

| Person to whom you or your spouse owe money | Nature of indebtedness (e.g., mortgage, credit card) | Amount owed by you | by spouse |
|---|---|---|---|
| Great Lakes | Student Loans | $52,397.63 | _____ |
| Chase | Credit Card | $1,100 | _____ |
| Barclays | Credit Card | $300 | _____ |
| AMEX | Credit Card | $500 | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

8. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| NA | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $250.00 | _____ |
| Are real-estate taxes included? | ○ Yes  ● No | |
| Is property insurance included? | ○ Yes  ● No | |
|  | You | Spouse |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $200.00 | _____ |
| Home maintenance (repairs and upkeep) | $200.00 | _____ |

USCA Form 31
November 2010 (REVISED)

|                                                                                              | You    | Spouse |
|----------------------------------------------------------------------------------------------|--------|--------|
| Food                                                                                         | $100   |        |
| Clothing                                                                                     | $100   |        |
| Laundry and dry-cleaning                                                                     | $50    |        |
| Medical and dental expenses                                                                  | $250   |        |
| Transportation (not including motor vehicle payments)                                        | $100   |        |
| Recreation, entertainment, newspapers, magazines, etc.                                       |        |        |
| Insurance (not deducted from wages or included in mortgage payments)                         |        |        |
|     Homeowner's or renter's                                              |        |        |
|     Life                                                                 |        |        |
|     Health                                                               |        |        |
|     Motor Vehicle                                                        |        |        |
|     Other: _____                                                |        |        |
| Taxes (not deducted from wages or included in mortgage payments)                             | $300   |        |
|     (specify) _____                                             |        |        |
| Installment payments                                                                         |        |        |
|     Motor Vehicle                                                        |        |        |
|     Credit card (name): _____                                   |        |        |
|     Department store (name): _____                              |        |        |
|     Other: _____                                                |        |        |
| Alimony, maintenance, and support paid to others                                             |        |        |
| Regular expenses for operation of business, profession, or farm (attach detailed statement)  |        |        |
| Other(specify): _____                                                               |        |        |
| **Total monthly expenses:**                                                                  | $1,650 |        |

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? ◯ Yes  ⦿ No

If yes, describe on an attached sheet.

11. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form? ◯ Yes  ⦿ No

If yes, how much? _____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

12. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

If yes, how much? _____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

13. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

<u>See attached supplemental financial information.</u>

_____

_____

14. State the city and state of your legal residence.

<u>Baltimore, MD</u>

Your daytime phone number: ( <u>202</u> ) <u>907-7526</u>

Your age: <u>31</u>    Your years of schooling: <u>20</u>

Last four digits of your social-security number: <u>3534</u>

## Supplemental Financial Information

My real estate holding are:

1. 1832 West Fayette Street, Baltimore Maryland. My disabled mother and two brothers live in this house. I paid $3,360 for the property in 2004. The state of Maryland currently values the property at $3,000.
2. 431 South Smallwood Street, Baltimore, Maryland. This unit is vacant.
3. 7401 18th Ave, Hyattsville, MD. This unit is currently occupied by tenants but they have not paid rent in months.
4. 1824 North Chapel Street, Baltimore, MD. This unit is a gutted row house with no plumbing or electricity. The State of Maryland currently values the property at $15,000 but I believe its value is much less because I have not been able to sell it for $5,000.
5. 1424 North Gay Street, Baltimore, MD. This unit is vacant. The roof and back wall have collapsed. Maryland values the property at $3,000 but I believe that it does not have any value because of its condition.

I have made up the deficit in my living expenses through occasional gifts from my step-father.