# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 14-7064                                                    September Term, 2014

1:13-cv-00798-BAH

Filed On: December 4, 2014 [1525437]

Gregory Slate,

       Appellant

     v.

Public Defender Service for the District of
Columbia and Rachel Ann Primo,

       Appellees

## O R D E R

     By order filed October 3, 2014, appellant was ordered to pay the full $505 filing and docketing fee to the Clerk, U.S. District Court for the District of Columbia, or file a properly supported in forma pauperis application, including a newly-executed affidavit, within 30 days of the date of the October 3, 2014 order. To date, the appellant has not filed the required documents and payment of fees. Upon consideration of the foregoing, it is

     **ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

     The Clerk is directed to issue the mandate in this case by January 5, 2015.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Ken R. Meadows
Deputy Clerk

Attachment:  Per Curiam Order filed October 3, 2014.